**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**SHAMANA KENT** **CIVIL ACTION**

**VERSUS**

**TURNER INDUSTRIES, ET AL.** **NO. 25-00621-BAJ-RLB**

**RULING AND ORDER**

Before the Court is Defendant Turner Industries Group, L.L.C.'s **Motion To Compel Arbitration And Stay Lawsuit Pending Arbitration (Doc. 24).**[1] Plaintiff filed an Opposition. (Doc. 43). Defendant filed a Reply Brief. (Doc. 44).

The Magistrate Judge issued a **Report and Recommendation (Doc. 50, the "Report")**, recommending that the Court grant Defendant's Motion, compel arbitration, and stay this case pending the final disposition of the arbitration. (Doc. 50 at 16–17). There are no objections to the Report.

Having carefully considered Plaintiffs Amended Complaint (Doc. 5), the Motion at issue (Doc. 24), Defendant Rubicon LLC's separate Motion To Compel Arbitration and Stay Lawsuit Pending Arbitration (Doc. 27), the related briefing, and the Report (Doc. 50), the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

---

[1] Defendants Rubicon LLC and International Association of Iron Workers, Local 623 expressly adopt Defendant Industries Group, L.L.C.'s Motion. (Doc. 27 at 1; Doc. 30). Though Defendant Rubicon LLC adopts Defendant Turner Industries Group, L.L.C.'s Motion in its separate Motion to Compel Arbitration and Stay Lawsuit Pending Arbitration (Doc. 27).

**IT IS ORDERED** that Turner Industries Group, L.L.C.'s **Motion to Compel Arbitration And Stay Lawsuit Pending Arbitration (Doc. 24)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Rubicon LLC's **Motion to Compel Arbitration and Stay Lawsuit Pending Arbitration (Doc. 27)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's request for a preliminary injunction contained in her Amended Complaint, to the extent it remains pending, is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims in the above-captioned matter shall proceed to arbitration.

**IT IS FURTHER ORDERED** that the above-captioned matter be and is hereby **STAYED** and **ADMINISTRATIVELY CLOSED** pending the final disposition of the arbitration.

**IT IS FURTHER ORDERED** that the Parties shall file either a Motion to reopen the case or a Notice of Settlement within 7 days of the conclusion of the arbitration proceedings.

**IT IS FURTHER ORDERED** that the Parties shall file Joint Status Reports every 90 days apprising the Court of the status of the arbitration proceedings.

Baton Rouge, Louisiana, this 15th day of September, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**